IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL MANSFIELD | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC HOLDER, | : | NO. 09-cv-5718 |
|    Defendant. | : | |

## FINAL JUDGMENT

AND NOW, this 8th day of February, 2012, for the reasons stated in our concurrently filed opinion, we hereby enter JUDGMENT in favor of Defendant and against Plaintiff on Count II, Plaintiff's Rehabilitation Act retaliation claim, the only claim before us in this matter.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.